UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-60600-JEH |
| | § | |
| Rodney Dale Ruark | § | Chapter 7 |
| Donna Marie Ruark | § | |
| | § | Judge: Hoffman |
| Debtors. | § | |

## NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $6.21 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name( and address of the party entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Mike Morrison<br>226 Jefferson Road<br>Newark, OH 43055 | 4 | $6.21 |

Dated:   June 23, 2011

/s/ Larry J. McClatchey
Larry J. McClatchey, Trustee  (0012191)
65 East State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5401
lmcclatchey@keglerbrown.com

cc:    U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215
       Mike Morrison, 226 Jefferson Road, Newark, OH 43055

055424.001484/#4812-3012-3785 v1